# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAHEEM M. WILSON,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-5269 |
| | : | |
| **SOUTHEASTERN TRANSPORTATION** | : | |
| **AUTHORITY OF PENNSYLVANIA,** | : | |
| *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 8th day of October, 2024, upon consideration of Plaintiff Raheem M. Wilson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                            **BY THE COURT:**

                                            s/ Michael M. Baylson
                                            **MICHAEL M. BAYLSON, J.**